IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-166-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DWIGHT CHRISTOPHER BROWN | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Sean Brady of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on February 14, 2017, be transferred to Sean Brady to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 23 | Ruger handgun - .40 caliber |
| 24 | Magazine |
| 25 | Ammunition |

SO ORDERED this the 14th day of February, 2017.

Louise W. Flanagan
United States District Judge

1

SO ACKNOWLEDGED:

_____
Sean Brady, Case Agent

_____
Peggah Wilson, Assistant U.S. Attorney