UNITED STATES OF AMERICA

v.

DWIGHT CHRISTOPHER BROWN

)
)
)
)
)
)
)
)
)
)
)

ORDER

Upon consideration of the joint motion to revoke supervised release based on agreement between Defendant and the United States, and for good cause having been shown

**IT IS, THEREFORE, ORDERED AND ADJUDGED** the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for TIME SERVED with no supervision to follow.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

SO ORDERED. This the 29th day of _____April_____, 2026.


Louise W. Flanagan
U.S. District Judge

1